UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1: 13-cv-01584-BAM<br><br>**ORDER EXTENDING BRIEFING SCHEDULE** |

Based on the stipulation of the parties (Doc. 11), and for good cause shown, Plaintiff's deadline to file her opening brief is extended to **June 27, 2014.** Defendant shall have until **July 28, 2014** to file her opposition brief. Plaintiff's reply brief shall be due on or before **August 4, 2014.**

IT IS SO ORDERED.

    Dated:   **June 2, 2014**              /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE